Form 3

## UNITED STATES COURT OF INTERNATIONAL TRADE

| | | |
|---|---|---|
| DEE SIAM MANUFACTURING CO., LTD. and CIMC INTERMODAL EQUIPMENT, LLC, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES, <br><br> Defendant. | | Ct. No. **26-03278** |

## SUMMONS

TO:    The Attorney General and the United States Department of Commerce:

PLEASE TAKE NOTICE that a civil action has been commenced pursuant to 28 U.S.C.

§ 1581(c) to contest the determination described below.

/s/ Gina Justice
Clerk of the Court

1.    The plaintiffs are Dee Siam Manufacturing Co., Ltd. and CIMC Intermodal Equipment, LLC.  Dee Siam Manufacturing Co., Ltd. is a Thai producer/exporter of subject merchandise, and CIMC Intermodal Equipment, LLC is a U.S. importer of subject merchandise.  Both Dee Siam Manufacturing Co., Ltd. and CIMC Intermodal Equipment, LLC participated in the Department's countervailing duty investigation that resulted in the contested finding.  Plaintiffs therefore are parties to the proceeding and entitled to commence this civil action pursuant to 28 U.S.C. § 2631(c), 28 U.S.C. § 1581(c), and 19 U.S.C. § 1516a(a)(2)(B)(i).

2.    Plaintiff contests the Final Determination of the Countervailing Duty Investigation in Certain Chassis and Subassemblies Thereof from Thailand (Case No. C-549-855), with respect to subject merchandise manufactured and exported by Dee Siam Manufacturing Co., Ltd. and

imported by CIMC Intermodal Equipment, LLC, by the International Trade Administration, Department of Commerce.

3.    The underlying administrative determination was made on April 20, 2026.

4.    The Final Determination was published in the Federal Register on April 24, 2026 (91 Fed. Reg. 22133), and the Countervailing Duty Order was published in the Federal Register on June 18, 2026 (91 Fed. Reg. 36800).

 /S/ Jay C. Campbell
Jay C. Campbell
Cristina Cornejo
Matthew W. Solomon
Chunfu Yan

WHITE AND CASE LLP
701 Thirteenth Street, NW
Washington, DC 20005
(202) 626-3600

Date:  July 17, 2026

2

## SERVICE OF SUMMONS BY THE CLERK

**DEE SIAM MANUFACTURING CO., LTD. and CIMC INTERMODAL EQUIPMENT, LLC V. UNITED STATES**
**CIT Court No. 26-03278**

Pusuant to CIT Rule 3(a)(2), this is an action described in 28 U.S.C. § 1581(c) to contest a determination listed in section 516A(a)(2) of the Tariff Act of 1930, for which the filing of a summons only is required for commencement of the action.  In accordance with CIT Rule 4(a)(1) and (4), the Clerk of the Court is requested to serve the summons on each of the following named defendants:

### UPON THE UNITED STATES:

Attorney-in-Charge
International Trade Field Office
U.S. Department of Justice
National Courts Branch
Room 346
26 Federal Plaza
New York, NY 10278

Brenna Jenny
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
1100 L Street, NW
Washington, DC 20530

### UPON THE DEPARTMENT OF COMMERCE:

Cooper Godfrey
General Counsel
U.S. Department of Commerce
Mail Stop 5875 HCHB
14th and Constitution Avenue, NW
Washington DC 20230

Robert Heilferty
Office of the Chief Counsel for Trade Enforcement and Compliance
International Trade Administration
U.S. Department of Commerce
1401 Constitution Ave., NW
Washington, DC 20230

<u>**NOTICE TO INTERESTED PARTIES**</u>

**DEE SIAM MANUFACTURING CO., LTD. and CIMC INTERMODAL EQUIPMENT, LLC V. UNITED STATES**
**CIT Court No. 26-03278**

       I, Jay C. Campbell of the law firm White & Case LLP, hereby certify that on July 17, 2026, pursuant to CIT Rule 3(f), I notified all interested parties who were a party to the proceeding listed below, by mailing copies of the foregoing Summons, Form 5, Form 13, and Forms 17, by certified mail, return receipt requested:

**<u>ON BEHALF OF PANUS ASSEMBLY CO., LTD.:</u>**

Richard P. Ferrin
**Faegre Drinker Biddle & Reath LLP**
1500 K Street, N.W.
Washington, DC 20005

**<u>ON BEHALF OF PANUS USA LLC:</u>**

Raymond F. Sullivan
**Law Office of Raymond F. Sullivan**
10440 Little Patuxent Parkway, Ste. 900
Suite 900
Columbia, MD 21044

**<u>ON BEHALF OF PITTS ENTERPRISES, INC. DBA DORSEY INTERMODAL:</u>**

Emily Lawson
**Appleton Luff Pte Ltd**
1700 Seventh Ave.
Suite 2100
Seattle, WA 98101

**<u>ON BEHALF OF HERCULES ENTERPRISES LLC:</u>**

Prentiss Lee Smith
**Baker Donelson Bearman, Caldwell, Berkowitz, PC**
901 K Street NW, Ste. 900
Washington, DC 20001

**<u>ON BEHALF OF U.S. CHASSIS MANUFACTURERS COALITION:</u>**

Robert E DeFrancesco III
**Wiley Rein LLP**
2050 M Street, NW
Washington, DC 20036

                               /s/ Jay C. Campbell
                                    Jay C. Campbell

4